## DANIEL DEVARTI *v.* THEODORE L. KEMP
### (5169)

HULL, BORDEN and SPALLONE, Js.

Submitted on briefs April 6—decision released April 10, 1987

*Thomas M. Cassone* filed a brief for the appellant (defendant).

*John J. LaCava* filed a brief for the appellee (plaintiff).

PER CURIAM. There is no error.